GEORGIA MULL, BY HER NEXT FRIEND, LORETTA MULL, v. J. M. MOCK
ET AL., TRADING AS ALLEN-SILER COMPANY.

(Filed 29 May, 1929.)

APPEAL by defendants from *Harwood, Special Judge,* at the March-
April Special Term, 1929, of HAYWOOD. No error.

*John M. Queen and Alley & Alley for plaintiff.*
*Morgan, Ward & Stamey for defendants.*

PER CURIAM. The plaintiff brought suit to recover damages for per-
sonal injury alleged to have been caused by the negligence of the de-
fendants. There was evidence tending to show that on 30 June, 1928,
the plaintiff, a girl 13 years of age, was returning to her home on high-
way No. 10, and that she was struck by a truck belonging to the de-
fendants and operated by one of their employees. The defense was that
the plaintiff's injury was caused solely by the negligence of a man
named Morgan who was driving his automobile on the highway. The
controversy was reduced practically to issues of fact, which were sub-
mitted to the jury and answered in favor of the plaintiff. We have
examined the exceptions of the appellants and have been unable to find
any substantial ground for a new trial.
    No error.